GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
Email: *nyleng@gtlaw.com*
NINA D. BOYAJIAN (SBN 246415)
Email: *boyajiann@gtlaw.com*
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404-5524
Tel: (310) 586-7700
Fax: (310) 586-7800

GREENBERG TRAURIG LLP
G. Roxanne Elings  *(pro hac vice application pending)*
Email: *elingsr@gtlaw.com*
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

Attorneys for Plaintiff WRANGLER APPAREL CORP.

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WRANGLER APPAREL CORP., a Delaware corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>NATIONAL STORES, INC., a California corporation, d/b/a FALLAS PAREDES; and DOES 1-10,<br><br>              Defendants. | CASE NO CV10-8871 (MANx)<br><br>**COMPLAINT**<br><br>**[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiff Wrangler Apparel Corp. ("WAC") files this Complaint on knowledge as to its own activities and on information and belief as to the activities of others:

## I.

## JURISDICTION AND VENUE

1.     This is an action for trademark infringement, trademark counterfeiting, trademark dilution, unfair competition and false designation of origin arising under the Trademark Act of 1946, 15 U.S.C. §§ 1051, *et seq.*, as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act"), and for trademark and trade name infringement, unfair competition, and dilution under the laws of the State of California.

2.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b); 15 U.S.C. §§ 1114, 1116 and 1121.   This Court has supplemental jurisdiction over WAC's claims under the laws of the State of California pursuant to 28 U.S.C. § 1367.

3.     This Court has personal jurisdiction over Defendants in that they do business and/or reside in the State of California.

4.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a) because the facts giving rise to the acts or omissions alleged herein took place in this District and because Defendants are subject to personal jurisdiction in this District.

## II.

## THE PARTIES

5.     Plaintiff is a Delaware corporation, organized and existing under the laws of the State of Delaware, having its principal place of business at 3411 Silverside Road, Wilmington, Delaware 19810.

6.     Upon information and belief, Defendant National Stores, Inc. ("National") is a California corporation, organized and existing under the laws of the State of California, having its principal place of business at 15001 S. Figueroa Street, Gardena, California 90248, and conducting business throughout the State of California and within this

240,716,977 v3

1  judicial district.

2      7.    Upon information and belief, Fallas Parades is registered as a d/b/a for

3  National.

4      8.    DOES 1-10, whose identities and addresses are presently unknown to WAC,

5  are individuals and corporate entities that, upon information and belief, have made,

6  imported and sold to Defendants or assisted them in reselling, the counterfeit items

7  complained of herein.  The Complaint herein will be amended, if appropriate, to include

8  the name or names of these individuals when such information becomes available.  The

9  Defendants described in paragraphs 6-8 shall be referred to collectively as "Defendants."

### III.

### BACKGROUND FACTS

**A.**    **WAC's Intellectual Property and Products.**

    9.    WAC is the owner of the entire right, title and interest in and to, *inter alia*, the following federally-registered trademarks (collectively, "the Trademarks"):

| Trademark | Reg. No. | Reg. Date | Class |
|---|---|---|---|
| WRANGLER | 849,477 | May 21, 1968 | 25 |
| WRANGLER [Kabel] **Wrangler** | 1,075,094 | October 11, 1977 | 25 |
| WRANGLER [rope] *Wrangler* | 809,323 | May 31, 1966 | 25 |
| WRANGLER [rope 2] *Wrangler* | | March 2, 2010 | 25 |
| COWBOY CUT | 3,400,937 | March 25, 2008 | 25 |
| SILVER EDITION | 3,334,429 | November 13, 2007 | 25 |
| 13MWZ | 1,819,976 | February 8, 1994 | 25 |

COMPLAINT; DEMAND FOR JURY TRIAL

240,716,977 v3

| Trademark | Reg. No. | Reg. Date | Class |
|-----------|----------|-----------|-------|
| Design only [patch]  | 2,361,033 | June 27, 2000 | 25 |
| Design only [W-stitch]  | 634,868 | September 25, 1956 | 25 |
| WRANGLER and design [rope patch]  | 3,807,497 | June 22, 2010 | 25 |

Attached hereto as Exhibit A are true and correct copies of printouts from the United States Patent and Trademark office showing the information contained in these registrations for the WRANGLER Marks.

10.   WAC's brands, symbolized by the Trademarks, are one of the preeminent symbols of high-quality jeans wear and casual apparel in the world.  As detailed below, WAC, its predecessors-in-interest, and its affiliates have been using the Trademarks in connection with the advertising and sale of jeans, westernwear, and casual apparel in interstate, interstate and foreign commerce, including commerce in the State of California and in this judicial district.

11.   WAC and its predecessors-in-interest and affiliates have been using the Trademarks since as early as 1943; by 1996 one out of every five pairs of jeans sold in America featured at least one of the Trademarks.

12.   WRANGLER® Western jeans, designed by celebrity tailor Rodeo Ben (Ben Lichenstein, who provided custom-made Western gear to many Hollywood stars, including legendary Western actor Gene Autry) were introduced to the American consumer in 1947.  The jeans were designed to address the specific needs of working cowboys: the back pockets of the jeans were set higher than on other jeans so that on

3

240,716,977 v3

horseback, a rider would not sit on the pocket's contents; the legs of the jeans were sewn so that the seams overlapped on the outside of the thigh and so would not chafe against the rider's skin as he rode; the legs were also tapered so they would fit tightly over boots and not snag on brush or tack. The inseam was four to six inches longer than on normal so that when a rider was in the saddle, the bottom hem of the jeans fell on the top of the his boot and not above the ankle, or even higher. Stress points were reinforced with flat rivets that would not scratch saddles; zippers and zipper pulls were larger so that cowboys did not need to remove their gloves to operate them, and the belt loops were set wider apart, to accommodate a rodeo championship belt buckle.

13. Professional rodeo cowboys Jim Shoulders, Bill Linderman, and Freckles Brown tested these new 13MWZ jeans and endorsed the WRANGLER® brand for durability, quality and Western authenticity. In 1948, Shoulders, then World Champion Cowboy of the Pro-Rodeo Cowboys Association ("PRCA") and who went on to win 15 more world championships, signed on as an official endorsee of the WRANGLER® brand.

14. In 1962, WAC's predecessor-in-interest opened a facility in Belgium and the WRANGLER® brand was successfully launched in Europe.

15. In 1963, *Newsweek* magazine highlighted its feature story about the ascendance of teenagers with a cover photo of a high-school age girl wearing WRANGLER® western jeans, bringing the brand even more national mainstream exposure.

16. In 1974, the PRCA, the preeminent professional organization for rodeo competitors, officially endorsed the WRANGLER® brand. WRANGLER® PRO RODEO® jeans remain the official jeans of the PRCA even today.

17. WAC was the first apparel company with significant involvement with NASCAR. In 1982, the WRANGLER® brand became the primary sponsor of professional driver Dale Earnhardt, Sr., whose blue and yellow car, known as the WRANGLER Jeans Machine and featuring the WRANGLER [Kabel] trademark (as

pictured below) remains legendary even today, nine years after his death.



18.  WRANGLER® jeans have been the "official jeans of Dale Earnhardt, Jr." (a NASCAR star in his own right) since 2004.

19.  WAC has used the Trademarks in connection with a broad range of apparel and accessories beyond jeans, including, shorts, shirts, jackets, footwear, hats, backpacks, luggage, furniture, watches, eyeglasses and sunglasses (collectively, "WRANGLER® Products"). Customers, potential customers, and other members of the public associate the Trademarks with products having exceptional materials, style and precision workmanship.

20.  Through its licensees, WAC has widely promoted the WAC Trademarks in the United States and throughout the world. Consumers, the apparel industry, and even the public in general have come to recognize that products bearing the Trademarks originate exclusively with WAC.

21.  Continued and broad use of the Trademarks by WAC, its predecessors-in-interest, and licensees have made the WRANGLER® brand famous in the apparel world. The Trademarks are highly-visible symbols of its history and reputation.

22.  All of the registrations first set forth in paragraph 10 above are valid, subsisting, unrevoked and uncancelled. The registration of these marks constitutes *prima facie* evidence of their validity and conclusive evidence of WAC's exclusive right to use the Trademarks in commerce in connection with the goods named therein, and

240,716,977 v3

commercially related goods.   The registration of the Trademarks also constitutes constructive notice to Defendants of WAC's ownership and exclusive rights in the Trademarks.

23.   WAC maintains quality control standards for its WRANGLER® Products, and genuine WRANGLER® Products are distributed through its national network of authorized dealers.

24.   WAC has spent millions of dollars in advertising and promoting the WRANGLER® Products over the years.   In 2009 alone, it spent 40 million dollars in marketing and advertising and had U.S. sales of  953 million dollars of WRANGLER® Products.

25.   WRANGLER® Products, marked as such, have been and are now recognized by the trade and public as originating exclusively with WAC.

26.   WAC actively enforces the Trademarks.   Enforcement activities include pursuing counterfeiters of WRANGLER® Products.   WAC has investigated hundreds of counterfeiters, often in conjunction with law enforcement and Customs officials in the United States and elsewhere throughout the world.

**B.   Defendants' Counterfeit Products.**

27.   Defendants, without WAC's authorization or permission, have knowingly and willfully used, reproduced and/or copied, and infringed the Trademarks by distributing, offering to sell, and selling in interstate commerce jeans bearing counterfeits of the Trademarks ("Counterfeit Products").

28.   Upon information and belief, Defendants have manufactured and/or caused the manufacture of Counterfeit Products or have purchased, imported or otherwise procured Counterfeit Products from a source that is or sources that are not known to WAC and that is or are not authorized or licensed by WAC to manufacture, offer for sale, or sell products bearing the Trademarks.

29.   Defendants have knowingly advertised, distributed, offered for sale, and sold Counterfeit Products in interstate, intrastate and foreign commerce including in the

COMPLAINT; DEMAND FOR JURY TRIAL

240,716,977 v3

1    State of California and in this judicial district.

2        30.    At all relevant times and in furtherance of their infringing activities,

3   Defendants, without authorization or license from WAC, have used and continue to use

4   the Trademarks on labels in connection with their sale of Counterfeit Products in a

5   manner that is confusingly similar to the manner in which the Trademarks are affixed to

6   and used with WRANGLER® jeans.

7        31.    Defendants' use of the Trademarks on or in connection with the distribution,

8   offering for sale, and sale of Counterfeit Products is likely to cause confusion, or to cause

9   mistake or to deceive.

10        32.    Counterfeit Products are not WRANGLER® Products.  WAC does not

11   manufacture, inspect or package Counterfeit Products, and did not approve Counterfeit

12   Products for manufacture, sale and/or distribution.

13        33.    Defendants are not authorized to manufacture, distribute, sell or offer to sell

14   products bearing the Trademarks in connection with their manufacturing, distributing,

15   selling or offer to sell their Counterfeit Products.

16        34.    As shown below, the labels and tags on both the inside and outside of the

17   Counterfeit Products are designed to mimic the Trademarks, and render Defendants'

18   products substantially indistinguishable from WRANGLER® Products.

19        35.    A side-by-side comparison of the WRANGLER® jeans and Defendants'

20   Counterfeit Products plainly shown Defendants' slavish duplication of WAC's

21   trademarks:

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

COMPLAINT; DEMAND FOR JURY TRIAL

240,716,977 v3

**Counterfeit Product**

**WRANGLER® Product**



(back pocket, pocket plaster, ticketing)    (back pocket, pocket plaster, ticketing)

**Counterfeit Product**

**WRANGLER® Product**




(waistband label)                    (waistband label)

8

COMPLAINT; DEMAND FOR JURY TRIAL

240,716,977 v3

**Counterfeit Product**

**WRANGLER® Product**





(right back pocket)                    (right back pocket)

36.    Defendants are selling the above Counterfeit Products for $9.99.  Retail prices for the WRANGLER® Product styles they counterfeit (WRANGLER® COWBOY CUT® SILVER EDITION® jeans) range between $14.99-$17.99 (boys' sizes 4-7) and $16.99-$19.99 (boys' sizes 8-16).

### COUNT ONE

### (Federal Trademark Counterfeiting and Infringement)

### (15 U.S.C. § 1114)

37.    WAC re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

38.    The Trademarks and the goodwill of the businesses associated with them in the United States and throughout the world are of great and incalculable value, are highly distinctive and arbitrary, and have become universally associated in the public mind with the products and services of the very highest quality and reputation finding their source in WAC.

39.    Upon information and belief, without WAC's authorization or consent, and having knowledge of WAC's well-known and prior rights in the Trademarks, and the fact that Defendants' Counterfeit Products bear marks which are confusingly similar to certain of the Trademarks, Defendants have manufactured, distributed, offered for sale and/or sold the Counterfeit Products to the consuming public in direct competition with

9

240,716,977 v3

WAC's sale of WRANGLER® Products, in or affecting interstate commerce.

40.    Defendants' use of copies or simulations of certain of the Trademarks is likely to cause and is causing confusion, mistake and deception among the general purchasing public as to the origin of the Counterfeit Products, and is likely to deceive the public into believing the Counterfeit Products being sold by Defendants originate from, are associated with or are otherwise authorized by WAC, all to the damage and detriment of WAC's reputation, goodwill and sales.

41.    WAC has no adequate remedy at law and, if Defendants' activities are not enjoined, WAC will continue to suffer irreparable harm and injury to its goodwill and reputation.

## COUNT TWO

### (Unfair Competition and False Designation of Origin)

### (15 U.S.C. § 1125(a))

42.    WAC re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

43.    The Counterfeit Products sold and offered for sale by Defendants are of the same general nature and type as WRANGLER® Products sold and offered for sale by WAC and, as such, Defendants' use is likely to cause confusion to the general purchasing public.

44.    By misappropriating and using certain of the Trademarks and trade names, Defendants misrepresent and falsely describe to the general pubic the origin and source of the Counterfeit Products and create a likelihood of confusion by ultimate purchasers as to both the source and sponsorship of such merchandise.

45.    Defendants' unlawful, unauthorized and unlicensed manufacture, distribution, offer for sale and/or sale of the Counterfeit Products creates express and implied misrepresentations that the Counterfeit Products were created, authorized or approved by WAC, all to Defendants' profit and WAC's great damage and injury.

46.    Defendants' aforesaid acts are in violation of Section 43(a) of the Lanham

10

240,716,977 v3

1   Act, 15 U.S.C. § 1125(a), in that Defendants' use of certain of the Trademarks, in

2   connection with their goods and services, in interstate commerce constitutes a false

3   designation of origin and unfair competition.

4       47.   WAC has no adequate remedy at law and, if Defendants' activities are not

5   enjoined, WAC will continue to suffer irreparable harm and injury to its goodwill and

6   reputation.

7   **COUNT THREE**

8   **(Federal Trademark Dilution)**

9   **(15 U.S.C. § 1125 (c))**

10      48.   WAC re-alleges and incorporates by reference each and every allegation

11  contained in the preceding paragraphs of this Complaint.

12      49.   The Trademarks are "famous marks" within the meaning of § 43(c) of the

13  Lanham Act, 15 U.S.C. § 1125(c)(1) and have been famous marks prior to Defendants'

14  conduct as alleged herein.

15      50.   Defendants' manufacture, distribution, sale and/or offer for sale in

16  commerce of the Counterfeit Products dilutes the distinctive quality of the Trademarks,

17  and was done with the willful intent to trade on WAC's reputation and/or to cause

18  dilution of the Trademarks.

19      51.   Defendants' unauthorized use of the Trademarks on or in connection with

20  the Counterfeit Products was done with notice and full knowledge that such manufacture,

21  distribution, sale and/or offer for sale was not authorized or licensed by WAC.

22      52.   Defendants' aforesaid acts are in knowing and willful violation of WAC's

23  rights under section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

24      53.   WAC has no adequate remedy at law and, if Defendants' activities are not

25  enjoined, will continue to suffer irreparable harm and injury to WAC's goodwill and

26  reputations.

27      54.   As a result of Defendants' activities, WAC has been damaged in an amount

28  to be ascertained.

11
COMPLAINT; DEMAND FOR JURY TRIAL

240,716,977 v3

## COUNT FOUR

### (Common Law Trademark and Trade Name Infringement)

55.   WAC re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

56.   WAC has built up valuable goodwill in the Trademarks and trade names.

57.   With full knowledge of the fame of the Trademarks and trade names, Defendants have traded, and continue to trade, on the goodwill associated with the Trademarks and trade names, and mislead the public into assuming a connection between the Counterfeit Products and WAC.

58.   Defendants' acts of trademark and trade name infringement causes confusion and, misleads and deceives the pubic as to the source of the Counterfeit Products, permits Defendants to pass off the Counterfeit Products as WRANGLER® Products, and falsely suggests a connection between Defendants and WAC and, unless restrained by this Court, will continue to do so, in violation of the common law of the State of California, and to the detriment of WAC and the unjust enrichment of Defendants.

59.   Defendants' acts of trademark and trade name infringement have caused and will continue to cause WAC irreparable harm unless restrained by this Court.

60.   WAC has no adequate remedy at law.

## COUNT FIVE

### (California Trademark Dilution)

### (California Business and Professions Code §14335)

61.   WAC re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

62.   Defendants' acts have caused damage to WAC by tarnishing WAC's valuable reputation and diluting or blurring the distinctiveness of the famous Trademarks in violation of California Business and Professions Code § 14335, and will continue to tarnish and destroy the value of the Trademarks unless enjoined by this Court.

240,716,977 v3

63. WAC has no adequate remedy at law.

## COUNT SIX

### (California State Unfair Competition)

### (California Business and Professions Code §§ 17200 *et seq.*)

64. WAC re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs of this Complaint.

65. The aforesaid acts by Defendants are likely to cause injury to WAC's reputation and result in Defendants unfairly competing with WAC in violation of California Business and Profession Code § 17200 *et seq.* (the "UCL").

66. Defendants' actions as alleged above violate the "unfair" prong of the UCL because (a) the utility of such actions is outweighed by the gravity of the harm they cause to WAC, (b) such actions are immoral, unethical, oppressive, unscrupulous and substantially injurious to consumers, and (c) such actions constitute incipient violations of state and federal antitrust laws.

67. Defendants' actions as alleged above violate the "fraudulent" prong of the UCL because they are likely to mislead and confuse a statistically significant percentage of reasonable consumers.

68. Defendants' actions as alleged above violate the "unlawful" prong of the UCL because those same actions also constitute violations of the state and federal statutes set forth above.

69. Defendants' conduct has injured WAC, and unless enjoined, will continue to cause great, immediate and irreparable injury to WAC.

70. WAC is without an adequate remedy of law.

71. WAC is therefore entitled to injunctive relief and an order for restitutionary disgorgement of all of Defendants' ill-gotten gains pursuant to California Business and Professions Code § 17203.

240,716,977 v3

**WHEREFORE**, WAC demands judgment:

1. That Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or under them be preliminarily enjoined and restrained, at first during the pendency of this action and, thereafter, permanently:

      a. from using in any manner the Trademarks, alone or in combination with any word or words which so resemble each said trademark as to be likely to cause confusion, deception, or mistake on or in connection with the advertising, offering for sale, or sale of nay product not WAC's, or not authorized by WAC to be sold in connection with each of the Trademarks;

      b. from passing off, inducing, or enabling others to sell or pass off any product as and for products produced by WAC, not WAC's, or not produced under the control and supervision of WAC and approved by WAC for sale under the Trademarks;

      c. from committing any acts calculated to cause purchasers to believe that Defendants' products are those sold under the control and supervision of WAC, or sponsored or approved by, or connected with, or guaranteed by, or produced under the control and supervision of WAC;

      d. from further diluting and infringing all the Trademarks and damaging WAC's goodwill;

      e. from otherwise competing unfairly with WAC in any manner;

      f. from shipping, delivering, distributing, returning or otherwise disposing of, in any manner, products or inventory not manufactured by or for WAC, nor authorized by WAC to be sold or offered for sale, and which bear the Trademarks;

240,716,977 v3

1     2.     That Defendants be required upon service of this Complaint to immediately

2    deliver up to WAC any and all products, guarantees, circulars, price lists, labels, signs,

3    prints, packages, wrappers, pouches, receptacles, software, screens, dyes, templates,

4    models, machinery, advertising matter, promotional, and other materials or documents in

5    the possession of Defendants or under their control relating to or bearing any of the

6    Trademarks, or each of them, alone or in combination with any other words, or used in

7    connection with the advertising, offering for sale or sale of products not WAC's, or not

8    made under the authorization and control of WAC.

9     3.     That Defendants be required upon service of this Complaint to immediately

10   supply WAC with a complete list of entities from whom they purchased and to whom

11   they distributed and/or sold products falsely bearing the Trademarks or products not

12   authorized by WAC to be sold in connection with each of said marks.

13     4.     That Defendants, within thirty (30) days after service of judgment with

14   notice of entry thereof upon it, be required to file with the Court and serve upon WAC a

15   written report under oath setting forth in detail the manner in which Defendants have

16   complied with paragraphs 1 through 3, *supra*.

17     5.     That Defendants account for and pay over to WAC profits realized by

18   Defendants by reason of Defendants' unlawful acts herein alleged and, that the amount of

19   damages for infringement of the Trademarks be increased by a sum not exceeding three

20   times the amount thereof as provided by law.

21     6.     That WAC be awarded statutory damages of at least $2,000,000.00 for

22   Defendants' willful counterfeiting of each of WAC's Trademarks.

23     7.     That WAC be awarded punitive damages in an amount to be proven at trial.

24     8.     That WAC be awarded reasonable attorneys fees and have such other and

25   further relief as the Court may deem equitable including, but not limited to, any relief set

26   forth under Sections 34-39 of the 1946 Trademark Act and/or C.G.S.A. §§ 35-11(i), 42-

27   110(a) *et seq.*, 42-110(b) *et seq.*

28

240,716,977 v3

9.     That Defendants be ordered to disgorge all of their ill-gotten gains pursuant to California Business and Professions Code § 17203.

DATED: November 17, 2010          GREENBERG TRAURIG, LLP


By:_____
          Gregory A. Nylen
          Attorneys for Plaintiff WRANGLER APPAREL
          CORP.

240,716,977 v3

1

## DEMAND FOR JURY TRIAL

2      Pursuant to Federal Rule 38(b), Plaintiff hereby demands a jury trial on all issues

3  so triable that are raised by this Complaint.

4

DATED:  November \_\_\_\_ 2010       GREENBERG TRAURIG, LLP

5

6

7                         By:_____

8                           Gregory A. Nylen

Attorneys for Plaintiff WRANGLER APPAREL

9                         CORP.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

240,716,977 v3

Exhibit A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 16 04:05:46 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | WRANGLER |
| **Goods and Services** | IC 025. US 039. G & S: BOOTS. FIRST USE: 19670922. FIRST USE IN COMMERCE: 19670922 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72282320 |
| **Filing Date** | October 12, 1967 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 5, 1968 |
| **Registration Number** | 0849477 |
| **Registration Date** | May 21, 1968 |
| **Owner** | (REGISTRANT) BLUE BELL, INC. CORPORATION DELAWARE 335 CHURCH ST. GREENSBORO NORTH CAROLINA 27401 |
| | (LAST LISTED OWNER) Wrangler Apparel Corp. CORPORATION DELAWARE 3411 Silverside Rd. Wilmington DELAWARE 19810 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Helen L. Winslow |
| **Prior Registrations** | 0441727;0824965;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20080122. |
| **Renewal** | 2ND RENEWAL 20080122 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit A Page 19



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 16 04:05:46 EST 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Wrangler

| | |
|---|---|
| **Word Mark** | WRANGLER |
| **Goods and Services** | IC 025. US 039. G & S: MEN'S AND BOYS' JACKETS, JEANS, SHIRTS, SLACKS, AND SOCKS, LADIES' AND GIRL'S JACKETS, JEANS, BLOUSES, SWEATERS, SLACKS, SHORTS, SKIRTS, SOCKS, HOSIERY, AND PANTY HOSE. FIRST USE: 19721228. FIRST USE IN COMMERCE: 19721228 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73112793 |
| **Filing Date** | January 14, 1977 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1075094 |
| **Registration Date** | October 11, 1977 |
| **Owner** | (REGISTRANT) BLUE BELL, INC. CORPORATION DELAWARE 335 CHURCH COURT GREENSBORO NORTH CAROLINA 27420 |
| | (LAST LISTED OWNER) Wrangler Apparel Corp. CORPORATION DELAWARE 3411 Silverside Rd. WILMINGTON DELAWARE 19810 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Helen L. Winslow |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070820. |
| **Renewal** | 2ND RENEWAL 20070820 |
| **Live/Dead Indicator** | LIVE |

Exhibit A   Page 19



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Nov 16 04:05:46 EST 2010

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

*Wrangler*

| | |
|---|---|
| **Word Mark** | WRANGLER |
| **Goods and Services** | IC 010 025 026. US 039. G & S: MEN'S, BOYS', AND LITTLE BOYS' JEANS, JACKETS, SHIRTS, SHORTS, [ KNEE PANTS; AND LADIES', GIRLS', ] AND LITTLE GIRLS' JEANS, JACKETS, SHIRTS, [ SHORTS AND KNEE PANTS ]. FIRST USE: 19640900. FIRST USE IN COMMERCE: 19640900. USED IN ANOTHER FORM JAN. 19, 1929, AS TO "WRANGLER,"; AND MAR. 7, 1949, AS TO "BLUE BELL'S WRANGLER.". |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 72224579 |
| **Filing Date** | July 30, 1965 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0809323 |
| **Registration Date** | May 31, 1966 |
| **Owner** | (REGISTRANT) BLUE BELL, INC. CORPORATION DELAWARE 335 CHURCH COURT GREENSBORO NORTH CAROLINA |
| | (LAST LISTED OWNER) WRANGLER APPAREL CORP. CORPORATION DELAWARE 3411 SILVERSIDE ROAD WILMINGTON DELAWARE 19810 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 0441727;0778794;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20070131. |
| **Renewal** | 2ND RENEWAL 20070131 |
| **Live/Dead Indicator** | LIVE |

Exhibit A Page 20



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 16 04:05:46 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# COWBOY CUT

| | |
|---|---|
| **Word Mark** | COWBOY CUT |
| **Goods and Services** | IC 025. US 022 039. G & S: tops and bottoms. FIRST USE: 19840423. FIRST USE IN COMMERCE: 19840423 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77157700 |
| **Filing Date** | April 16, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 8, 2008 |
| **Registration Number** | 3400937 |
| **Registration Date** | March 25, 2008 |
| **Owner** | (REGISTRANT) Wrangler Apparel Corp. CORPORATION DELAWARE 3411 Silverside Rd. Wilmington DELAWARE 19810 |
| **Attorney of Record** | Helen L. Winslow |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE CUT APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit A Page 21



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 16 04:05:46 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## SILVER EDITION

| | |
|---|---|
| **Word Mark** | SILVER EDITION |
| **Goods and Services** | IC 025. US 022 039. G & S: jeans, casual pants, shorts, shirts. FIRST USE: 19980608. FIRST USE IN COMMERCE: 19980608 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78497508 |
| **Filing Date** | October 11, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 28, 2007 |
| **Registration Number** | 3334429 |
| **Registration Date** | November 13, 2007 |
| **Owner** | (REGISTRANT) Wrangler Apparel Corp. CORPORATION DELAWARE 3411 Silverside Road Wilmington DELAWARE 19810 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EDITION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Exhibit A Page 22



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 16 04:05:46 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | 13MWZ |
| **Goods and Services** | IC 025. US 039. G & S: jeans. FIRST USE: 19660600. FIRST USE IN COMMERCE: 19660600 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74197307 |
| **Filing Date** | August 21, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 16, 1993 |
| **Registration Number** | 1819975 |
| **Registration Date** | February 8, 1994 |
| **Owner** | (REGISTRANT) BLUE BELL, INC. CORPORATION DELAWARE 335 Church Court Greensboro NORTH CAROLINA 27420 |
| | (LAST LISTED OWNER) WRANGLER APPAREL CORP. CORPORATION DELAWARE 3411 SILVERSIDE ROAD WILMINGTON DELAWARE 19810 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040129. |
| **Renewal** | 1ST RENEWAL 20040129 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit A Page 23



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 16 04:05:46 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| Goods and Services | IC 025. US 022 039. G & S: jeans, skirts and shorts. FIRST USE: 19470000. FIRST USE IN COMMERCE: 19470000 |
|---|---|
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 09.03.16 - Collars (clothing); Cuffs (clothing); Embroidery on clothing pockets; Pockets; Pockets, clothing with embroidery or stitching; Sleeves (clothing); Stitching on clothing pockets; Waistband (clothing) |
| Serial Number | 75299555 |
| Filing Date | May 29, 1997 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | April 4, 2000 |
| Registration Number | 2361033 |
| Registration Date | June 27, 2000 |
| Owner | (REGISTRANT) WRANGLER CLOTHING CORP. CORPORATION DELAWARE CONCORD PLAZA, 3411 SILVERSIDE ROAD WILMINGTON DELAWARE 19810 |
| | (LAST LISTED OWNER) Wrangler Apparel Corp CORPORATION DELAWARE 3411 Silverside Road Wilmington DELAWARE 19810 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Helen L. Winslow |
| Prior Registrations | 0441727;0532851;0634868;0771508;0795607;0809323;0902640;0908078;0961563; 1075094;1212498;1212499;1324727;1569842;AND OTHERS |
| Description of Mark | The mark consists of a rectangular leather or imitation leather patch stitched to the right back pocket of the garment. The dotted lines in the drawing serve to indicate the positioning of the mark in relation to the pocket and do not form part of the mark. |

Exhibit A   Page 24

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100327. |
| **Renewal** | 1ST RENEWAL 20100327 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit A   Page 25



**United States Patent and Trademark Office**

Home│Site Index│Search│FAQ│Glossary│Guides│Contacts│eBusiness│eBiz alerts│News│Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 16 04:05:46 EST 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout │ Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | W |
|---|---|
| Goods and Services | IC 025. US 039. G & S: MEN'S, LADIES', BOYS', AND GIRLS' WESTERN STYLE DUNGAREES, WESTERN STYLE JACKETS, AND WESTERN STYLE SHIRTS. FIRST USE: 19481106. FIRST USE IN COMMERCE: 19481106 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 71687673 |
| Filing Date | May 17, 1955 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | 0634868 |
| Registration Date | September 25, 1956 |
| Owner | (REGISTRANT) BLUE BELL, INC. CORPORATION NORTH CAROLINA JEFFERSON BLDG, ELM AND MARKET STS. GREENSBORO NORTH CAROLINA<br><br>(LAST LISTED OWNER) WRANGLER APPAREL CORP. CORPORATION DELAWARE 3411 SILVERSIDE ROAD WILMINGTON DELAWARE 19810 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | HELEN L. WINSLOW |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECTION 8(10-YR) 20060920. |
| Renewal | 3RD RENEWAL 20060920 |
| Live/Dead Indicator | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 16 04:05:46 EST 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | WRANGLER |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, mens, womens and childrens tops and bottoms, and headgear, namely, hats and caps. FIRST USE: 19600331. FIRST USE IN COMMERCE: 19600331 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 09.01.13 - Braids; Clotheslines; Rope; Shoe laces; String; Tightropes<br>26.11.20 - Rectangles inside one another<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 77275181 |
| **Filing Date** | September 10, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 27, 2008 |
| **Registration Number** | 3807497 |
| **Registration Date** | June 22, 2010 |
| **Owner** | (REGISTRANT) Wrangler Apparel Corp. CORPORATION DELAWARE 3411 Silverside Rd. Wilmington DELAWARE 19810 |
| **Attorney of Record** | Helen L. Winslow |
| **Prior Registrations** | 0849477;2542950;2998129;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "Wrangler" in stylized form, appearing diagonally within a rectangle that has stitch marks inside the outer edges of the rectangle. |
| **Type of Mark** | TRADEMARK |

Exhibit A   Page 21   11/16/2010

**Register**    PRINCIPAL

**Live/Dead**
**Indicator**    LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit A   Page 28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV10- 8871 R (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
Email: nyleng@gtlaw.com
NINA D. BOYAJIAN (SBN 246415)
Email: boyajiann@gtlaw.com
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Tel: 310-586-7700; Fax: 310-586-7800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRANGLER APPAREL CORP., a Delaware corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>NATIONAL STORES, INC., a California corporation, d/b/a FALLAS PAREDES;  and DOES 1-10,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10-8871 R (MANx)<br><br><br>**SUMMONS** |

TO:DEFENDANT(S): <u>NATIONAL STORES, INC., d/b/a FALLAS PAREDES</u>

   A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ ____ame____nded complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>GREGORY A. NYLEN and NINA D. BOYAJIAN</u>, whose address is <u>2450 Colorado Avenue, Suite 400E,  Santa Monica, CA 90404 Tel: 310-586-7700;  Fax:  310-586-7800</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  11-18-10

By_____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

American LegalNet, Inc.<br>www.USCourtForms.com

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| WRANGLER APPAREL CORP., a Delaware corporation | NATIONAL STORES, INC., a California corporation, d/b/a FALLAS PAREDES; and DOES 1-10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| GREENBERG TRAURIG, LLP<br>GREGORY A. NYLEN (SBN 151129) Email: nyleng@gtlaw.com<br>NINA D. BOYAJIAN (SBN 246415) Email: boyajiann@gtlaw.com<br>2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404<br>Tel: 310-586-7700; Fax: 310-586-7800 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** To be proven at trial.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Act of 1946, 15 U.S.C. §§ 1051, et seq.,

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: CV10-8871

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New Castle, Delaware |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date November 17 2010

GREGORY A. NYLEN

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com