GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
Email: *nyleng@gtlaw.com*
NINA D. BOYAJIAN (SBN 246415)
Email: *boyajiann@gtlaw.com*
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404-5524
Tel: (310) 586-7700
Fax: (310) 586-7800

GREENBERG TRAURIG LLP
G. ROXANNE ELINGS *(pro hac vice application pending)*
Email: *elingsr@gtlaw.com*
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

Attorneys for Plaintiff WRANGLER APPAREL CORP.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WRANGLER APPAREL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL STORES, INC., a California corporation, d/b/a FALLAS PAREDES; and DOES 1-10,<br><br>Defendants. | CASE NO. CV10-8871 R (MANx)<br><br>[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]<br><br>[PROPOSED] ORDER ON PRELIMINARY INJUNCTION ON CONSENT AS TO DEFENDANT NATIONAL STORES, INC., d/b/a FALLAS PAREDES |

FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BY FAX

GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
Email: *nyleng@gtlaw.com*
NINA D. BOYAJIAN (SBN 246415)
Email: *boyajiann@gtlaw.com*
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404-5524
Tel: (310) 586-7700
Fax: (310) 586-7800

GREENBERG TRAURIG LLP
G. ROXANNE ELINGS *(pro hac vice application pending)*
Email: *elingsr@gtlaw.com*
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

Attorneys for Plaintiff WRANGLER APPAREL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WRANGLER APPAREL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL STORES, INC., a California corporation, d/b/a FALLAS PAREDES; and DOES 1-10,<br><br>Defendants. | CASE NO. CV10-8871 R (MANx)<br><br>**[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]**<br><br>**[PROPOSED] ORDER ON PRELIMINARY INJUNCTION ON CONSENT AS TO DEFENDANT NATIONAL STORES, INC., d/b/a FALLAS PAREDES** |

Plaintiff Wrangler Apparel Corp. ("Plaintiff"), having moved for a temporary restraining order, seizure order, order to show cause for preliminary injunction, impoundment order, order for expedited discovery, and order sealing file pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act (15 U.S.C. §1051, *et seq.*), as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act"), for the reason that Defendant National Stores, Inc., d/b/a Fallas Paredes ("National Stores") are distributing, offering for sale and/or selling goods bearing counterfeit reproductions of Plaintiff's federally registered trademarks, famous trademarks, trade names and/or logos identified in the Complaint filed in this action (collectively, "WRANGLER Marks"), which are owned and controlled by Plaintiff, and Defendant National Stores, having acknowledge that WRANGLER Marks are valid and enforceable and having acknowledged Plaintiff's right to control the quality of Plaintiff's products and the use of Plaintiff's Trademarks in the United States and throughout the World; and the Parties having stipulated to the entry of Preliminary Injunction,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Defendant National Stores, their corporate parents, subsidiaries, directors, officers, agents, servants, employees, representatives, confederates, and affiliates and any other persons or entities acting in concert or participation with National Stores or who receive actual notice of this order, are preliminary enjoined and restrained from:

> (i)  using the WRANGLER Marks or any reproduction, counterfeit, copy or colorable imitation of the WRANGLER Marks in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise not the genuine products of Plaintiff, or in any manner likely to cause others to believe that the Counterfeit Products are connected with Plaintiff or Plaintiff's genuine merchandise bearing the WRANGLER Marks; and

      (ii)    passing off, inducing or enabling others to sell or pass off any apparel or other items that are not Plaintiff's genuine merchandise as and for Plaintiff's genuine merchandise; and

      (iii)    committing any other acts calculated to cause purchasers to believe that Defendants' products are Plaintiff's genuine merchandise unless they are such; and

      (iv)    shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner watches or other items falsely bearing the WRANGLER Marks, or any reproduction, counterfeit, copy or colorable imitation of same; and

      (v)    Impounding, during the pendency of this action, jeans and other items, including without limitation, molds labels, patches, printing devices, advertising, packaging and other materials and merchandise seized pursuant to the provisions of this Order; and

**IT IS FURTHER ORDERED**, that the Preliminary Injunction shall remain in effect until disposition of this action.

**IT IS SO ORDERED.**

DATED: Nov. 29, 2010

_____
Honorable Manuel L. Real
United States District Judge

2
[PROPOSED] ORDER ON PRELIMINARY INJUNCTION ON CONSENT AS TO
DEFENDANT NATIONAL STORES, INC., d/b/a FALLAS PAREDES
240,748,527 v1