```
 1  GREENBERG TRAURIG, LLP
    GREGORY A. NYLEN (SBN 151129)
 2  Email: nyleng@gtlaw.com
    NINA D. BOYAJIAN (SBN 246415)
 3  Email: boyajiann@gtlaw.com
    2450 Colorado Avenue, Suite 400E
 4  Santa Monica, CA 90404-5524
 5  Tel: (310) 586-7700
    Fax: (310) 586-7800
 6
    GREENBERG TRAURIG LLP
 7  G. ROXANNE ELINGS (pro hac vice application pending)
    Email: elingsr@gtlaw.com
 8  MetLife Building
 9  200 Park Avenue
    New York, NY 10166
10  Tel: (212) 801-9200
    Fax: (212) 801-6400
11
12  Attorneys for Plaintiff WRANGLER APPAREL CORP.
```

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WRANGLER APPAREL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL STORES, INC., a California corporation, d/b/a FALLAS PAREDES; SCAASIS ORIGINALS, INC., a New Jersey Corporation, d/b/a OCEANIC TRADING COMPANY, and DOES 1-10,<br><br>Defendants. | CASE NO. CV10-8871 R (MANx)<br><br>**[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]**<br><br>**[PROPOSED] ORDER ON PRELIMINARY INJUNCTION ON CONSENT AS TO DEFENDANT SCAASIS ORIGINALS, INC. d/b/a OCEANIC TRADING COMPANY** |

[PROPOSED] ORDER ON PRELIMINARY INJUNCTION ON CONSENT AS TO
SCAASIS ORIGINALS, INC. d/b/a OCEANIC TRADING COMPANY

NY 240758368v1 December 2, 2010

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
Email: *nyleng@gtlaw.com*
NINA D. BOYAJIAN (SBN 246415)
Email: *boyajiann@gtlaw.com*
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404-5524
Tel: (310) 586-7700
Fax: (310) 586-7800

GREENBERG TRAURIG LLP
G. ROXANNE ELINGS *(pro hac vice application pending)*
Email: *elingsr@gtlaw.com*
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

Attorneys for Plaintiff WRANGLER APPAREL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WRANGLER APPAREL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL STORES, INC., a California corporation, d/b/a FALLAS PAREDES; SCAASIS ORIGINALS, INC., a New Jersey Corporation, d/b/a OCEANIC TRADING COMPANY, and DOES 1-10,<br><br>Defendants. | CASE NO. CV10-8871 R (MANx)<br><br>[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]<br><br>[~~PROPOSED~~] ORDER ON PRELIMINARY INJUNCTION ON CONSENT AS TO DEFENDANT SCAASIS ORIGINALS, INC. d/b/a OCEANIC TRADING COMPANY |

Plaintiff Wrangler Apparel Corp. ("Plaintiff"), having moved for a temporary restraining order, seizure order, order to show cause for preliminary injunction, impoundment order, order for expedited discovery, and order sealing file pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act (15 U.S.C. §1051, *et seq.*), as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act"), for the reason that Defendant Scaasis Originals, Inc. d/b/a Oceanic Trading Company ("Oceanic") is distributing, offering for sale and/or selling goods bearing counterfeit reproductions of Plaintiff's federally registered trademarks, famous trademarks, trade names and/or logos identified in the Complaint filed in this action (collectively, "WRANGLER Marks"), which are owned and controlled by Plaintiff, and Defendant Oceanic, having acknowledged that WRANGLER Marks are valid and enforceable and having acknowledged Plaintiff's right to control the quality of Plaintiff's products and the use of Plaintiff's Trademarks in the United States and throughout the World; and the Parties having stipulated to the entry of Preliminary Injunction,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Defendant Oceanic, its corporate parents, subsidiaries, directors, officers, agents, servants, employees, representatives, confederates, and affiliates and any other persons or entities acting in concert or participation with Oceanic or who receive actual notice of this order, are preliminary enjoined and restrained from:

> (i) using the WRANGLER Marks or any reproduction, counterfeit, copy or colorable imitation of the WRANGLER Marks in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise not the genuine products of Plaintiff, or in any manner likely to cause others to believe that the Counterfeit Products are connected with Plaintiff or Plaintiff's genuine merchandise bearing the WRANGLER Marks; and

(ii) passing off, inducing or enabling others to sell or pass off any apparel or other items that are not Plaintiff's genuine merchandise as and for Plaintiff's genuine merchandise; and

(iii) committing any other acts calculated to cause purchasers to believe that Oceanic's products are Plaintiff's genuine merchandise unless they are such; and

(iv) shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner merchandise or other items falsely bearing the WRANGLER Marks, or any reproduction, counterfeit, copy or colorable imitation of same; and

(v) Impounding, during the pendency of this action, jeans and other items, including without limitation, molds labels, patches, printing devices, advertising, packaging and other materials and merchandise seized pursuant to the provisions of this Order; and

**IT IS FURTHER ORDERED**, that the Preliminary Injunction shall remain in effect until disposition of this action.

**IT IS SO ORDERED.**

DATED: **Dec. 6, 2010**

_____
Honorable Manuel L. Real
United States District Judge

[PROPOSED] ORDER ON PRELIMINARY INJUNCTION ON CONSENT AS TO SCAASIS ORIGINALS, INC. d/b/a OCEANIC TRADING COMPANY

NY 240758368v1 December 2, 2010