UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WRANGLER APPAREL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL STORES, INC., a California corporation, d/b/a, Fallas Paredes, SCAASIS ORIGINALS, INC., a New Jersey corporation, d/b/a Oceanic Trading Company; TOP MODE FABRICS, INC. d/b/a Top Mode Fashions, Inc. d/b/a/ Vision Quest Trading Co., a New york corporation, DAVID KIM, an individual, DAE H. KIM, an individual, and DOES 1-10,<br><br>Defendants.<br><br>**AND RELATED CROSS-ACTION** | Civil Action No. CV 10-8871-R-(MANx)<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Having reviewed the Stipulated Protective Order submitted by the parties, and for all the reasons set forth therein, this Court hereby affirms and enters the Stipulated Protective Order as submitted.

IT IS SO ORDERED.

Dated:__April 29, 2011 __

The Honorable Manuel L. Real,
United States District Judge

Submitted by:

LAW OFFICES OF ALAN J. COHEN
Alan J. Cohen (SBN 102644)
acohen@cohenlawla.com
1880 Century Park East, Suite 315
Los Angeles, California 90067-1666
Telephone: (424) 210-3391
Facsimile: (310) 785-0880

and

COLUCCI & UMANS
Frank J. Colucci (*Admitted Pro Hac Vice*)
fcolucci@colucci-umans.com
David M. Dahan (*Admitted Pro Hac Vice*)
ddahan@colucci-umans.com
218 East 50th Street
New York, New York 10022
Telephone: (212) 935-5700
Facsimile: (212) 935-5728

Attorneys for Defendant,
SCAASIS ORIGINALS, INC.

EZRA BRUTZKUS GUBNER LLP
Mark D. Brutzkus
mbrutzkus@ebg-law.com
J Alison Grabell
agrabell@ebg-law.com
Todd Michael Lander
tlander@ebglaw.com
21650 Oxnard Street, Suite 600
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099

Attorney for Defendant,
NATIONAL STORES, INC.

GREENBERG TRAURIG LLP
G Roxanne Elings
elingsg@gtlaw.com
Met Life Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Gregory A. Nylen
nyleng@gtlaw.com
Nina D. Boyajian
boyajiann@gtlaw.com
2450 Colorado Avenue, Suite 400 East
Santa Monica, CA 90404-5524
Telephone: (310) 586-7700
Facsimile: (310) 586-7800