GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (SBN 151129)
NINA D. BOYAJIAN (SBN 246415)
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404-5524
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRANGLER APPAREL CORP., a Delaware corporation, <br><br> PLAINTIFF(S), <br> v. <br> NATIONAL STORES, INC., a California corporation, d/b/a FALLAS PAREDES; et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 10-8871 R (MANx) <br><br> AMENDED PROOF OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Bergen__, State of New Jersey, and not a party to the above-entitled cause. On December 23, 2010, I served a true copy of:

(See Page 2 for List of Documents served)

by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 4(c) to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Parties Served: David Kim
Person(s) Served: David Kim, as an individual
Address Where Person Was Served: 2448 2nd St., Unit A
Fort Lee, New Jersey 07024

I Served the Party by: By Personal Service. I personally delivered the documents listed above to the party or person authorized to receive service of process for the party on: Thursday, December 23, 2010.

Executed on June 8, 2011 at 1:15 P.m.

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Signature of Person Making Service_
Dennis Conway

(cont'd from page 1)

Complaint; Certification and Notice of Interested Parties; Summons; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Civil Cover Sheet; Notice of Assignment to Magistrate Judge for Discovery; Ex Parte Application for Order Sealing File; [Proposed] Order Sealing File; Plaintiff's Ex Parte Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; [Proposed] Order Granting Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; Memorandum of Points and Authorities in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; Declaration of Gregory A. Nylen in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; Declaration of Barbara J. Kaplan in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; Declaration of Matthew Hewlett in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; Application of Non-Resident Attorney to Appear in a Specific Case; Order on Application of Non-Resident Attorney to Appear in a Specific Case; Notice to Counsel; United States District Court Central District of California Civility and Professionalism Guidelines; Order Granting Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; Certificate Pursuant to Civil Local Rule 65-5 and Bond; Order Granting Plaintiff's Application to Modify Nov. 18, 2010 Order Granting Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File to Include Supplier of Counterfeit Goods; Amended Order Granting Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; Declaration of Gregory A. Nylen in Support of Plaintiff's *Ex Parte* Application to Modify November 18, 2010 Order to Include Supplier of Counterfeit Goods; [Proposed] Amended Order Granting Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; Plaintiff's *Ex Parte* Application to Modify Nov. 18, 2010 Order Granting Plaintiff's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File to Include Supplier of Counterfeit Goods; First Amended Complaint; Summons on First Amended Complaint; Second Amended Complaint; Summons on Second Amended Complaint; Amended Order Granting Plaintiff's Ex Parte Application for Temporary Restraining Order, Seizure Order, Order to Show Cause for Preliminary Injunction, Impoundment Order, Order for Expedited Discovery, and Order Sealing File; and Order to Extend Service.